IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE ARMAND CERNY,

    Petitioner,                    No. 2:10-cv-2190 GEB KJN P

  vs.

K.L. DICKINSON, et al.,

    Respondent.                 FINDINGS AND RECOMMENDATIONS

_____/

        Three orders of this court were served on petitioner's address of record and returned by the postal service. (See Docket Notations for September 13, 2010, September 20, 2010, and October 6, 2010.) It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, given the passage of time, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice due to petitioner's failure to keep the court apprised of his current address. See Local Rules 182(f) and 110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Any response to the objections shall be filed and served
3  within fourteen days after service of the objections.  Petitioner is advised that failure to file
4  objections within the specified time may waive the right to appeal the District Court's order.
5  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: October 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cern2190.133a